■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

WILLIAM ESSIG, Appellant.—Judgment unanimously affirmed. Memorandum: We conclude from our review of the record that the suppression court correctly found that the pretrial photographic identification procedures used by the police were not impermissibly suggestive (see, Simmons v United States, 390 US 377, 384-386). (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—rape, first degree.) Present —Dillon, P. J., Callahan, Doerr, Boomer and Lawton, JJ.